# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwain Lammey, <br><br> Plaintiff, <br><br> v. <br><br> Sunworld Dynasty US Holding LLC, et al., <br><br> Defendants. | 2:21-cv-01302-VAP-SKx <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss issued herewith, IT IS ORDERED AND ADJUDGED that the First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   5/7/2120

Virginia A. Phillips
United States District Judge